# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00702-CV

### Joseph K. Rensin and Edison Worldwide, LLC, Appellants

### v.

### The State of Texas, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GV-10-000102, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a motion asking us to abate the appeal while the parties finalize a settlement agreement and obtain a signed agreed judgment from the trial court. We grant the motion and abate the appeal. The parties are ordered to either file a motion to dismiss or a status update no later than December 3, 2012.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Abated

Filed:   September 28, 2012